UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                        NOTICE OF APPEARANCE

     - against -                                    22 Cr. 019 (PGG)

ARTHUR BOGORAZ,

              Defendant.

-------------------------------------------------------X


      PLEASE TAKE NOTICE that the undersigned has been retained to represent
Arthur Bogoraz, the defendant in the above referenced criminal proceeding.


Dated: New York, New York
       January 12, 2022


                        _____/s_____
                                Aaron M. Rubin, Esq.
                            99 Wall Street Suite 1130
                        New York, New York 10005
                              (212) 725 - 4600
                         arubin@amresquire.com


cc: (*by ECF*) AUSAs Louis Pellegrino & Mathew Andrews