**Aaron M. Rubin, Esq.**
99 Wall Street Suite 1130
New York, New York
212-725-4600
arubin@amresquire.com

February 4, 2022

*By ECF*
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Pierre, et al., 22 Cr. 00019 (PGG)

Dear Judge Gardephe,

      I am counsel for Defendant Arthur Bogoraz, and write to propose his terms of release on consent with the Government.

      Mr. Bogoraz is presently in the MDC, where he has been detained since his initial presentment on January 12 before Magistrate Judge Barbara C. Moses, who ordered him remanded. He is charged in the Indictment with one count of Conspiracy to Commit Travel Act Bribery (Count III).

      Since his initial presentment, we have worked with the Government to arrive at an acceptable bail package that is agreeable to all parties. As briefly discussed at the Court's initial status conference on February 1, we write with the consent of the Government to present the following proposed set of terms for Mr. Bogoraz's release that have been agreed upon as adequate to secure his presence in court.

      ***$4 million bond.*** The proposed bail package includes a $4 million bond to be co-signed by eight sureties. These eight sureties have been interviewed and examined by the Government and deemed to be financially responsible, consisting of a mixture of his family and close friends. Each of them has voluntarily agreed to assume joint and several responsibility for the large bond amount of $4 million in order to secure Mr. Bogoraz's appearance.

      ***Real property.*** Additionally, the $4 million bond will be secured by real property located in New Jersey and Florida that has an estimated worth of more than $2.5 million, and includes Mr. Bogoraz's personal home, and that of both his parents and inlaws, and his close friends. As part of this commitment, the sureties will be required to execute and file confessions of judgment in their local county courts to impose liens that will be held in the possession of the Government. (We respectfully ask the Court to set a deadline of 7 days following Mr. Bogoraz's release to allow sufficient time for the sureties to submit the filing proof of these confessions of judgment to the Government)

      ***Travel restrictions with GPS monitoring.*** Further, we propose stringent travel and physical restrictions for Mr. Bogoraz, including surrendering his passport, (which is solely a

Honorable Paul G. Gardephe, U.S.D.J.
February 4, 2022
Page 2 of 2

United States passport) with no new travel applications, with home detention with electronic GPS monitoring, and the surrender of Mr. Bogoraz's pilot's license (which is presently inactive because it is without the requisite medical certification), with no new applications for a replacement.

In addition, we agree that Mr. Bogoraz will be subject to pre-trial supervision as directed, and will have no contact with co-defendants in this case, as well as with any defendants in *United States v. Rose,* 19 Cr. 789 (PGG).

Accordingly, we respectfully request for the Court to 'So Order' the foregoing proposed terms of release for Mr. Bogoraz.

Respectfully submitted,

s/

Aaron M. Rubin

cc:

AUSA Mathew Andrews
AUSA Louis Pellegrino

## MEMO ENDORSED

In addition to the above-listed conditions, the Defendant will be subject to drug treatment and testing as directed by the Pretrial Services Office.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Feb. 7, 2022