UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARTHUR BOGORAZ,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a hearing on **Tuesday, January 16, 2024, at 2:00 p.m.** to discuss the issues raised in Defendant Bogoraz's letters dated January 10, 2024 (Dkt. No. 359), and January 11, 2014 (Dkt. No. 365), related to his failure to receive in 2022 certain discovery materials provided by the Government in United States v. Rose, 19 Cr. 789.  The hearing will take place in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

        The Coordinating Discovery Attorney, Julie de Almeida, is directed to attend the hearing.

        In advance of the hearing, the parties, including Ms. de Almeida, are directed to produce to the Court forthwith copies of any emails, letters, or other correspondence bearing on the issues raised in Defendant Bogoraz's letters.

Dated: New York, New York
       January 11, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge