UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARTHUR BOGORAZ,

                       Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        After Defendant Bogoraz pleaded guilty to Counts Four and Five of the (S3) Indictment (Dkt. No. 282) today, the Government then moved for the conditions of Bogoraz's pretrial release to be amended to provide for home detention enforced by GPS monitoring. The Government's application is granted.

Dated: New York, New York
       January 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge