≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern District__ District of __New York__

United States

Plaintiff (s),

V.

Arthur Bogoraz

Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22 Cr. 19 (PGG)

Notice is hereby given that, subject to approval by the court, __Arthur Bogoraz__ substitutes
(Party (s) Name)

__Max Nicholas__, State Bar No. __4692463__ as counsel of record in
(Name of New Attorney)

place of __Aaron Rubin__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Max Nicholas LLC
Address: 40 Exchange Place, Suite 1800
Telephone: (646) 741-0229    Facsimile (646) 741-0229
E-Mail (Optional): max@maxnicholasllc.com

I consent to the above substitution.
Date: 1/23/2024
_____
(Signature of Party (s))

I consent to being substituted.
Date: 1/23/2024
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/23/2024
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]