AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District District of New York

| United States | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Arthur Bogoraz | CASE NUMBER: 22 Cr. 19 (PGG) |
| Defendant (s). | |

Notice is hereby given that, subject to approval by the court, Arthur Bogoraz substitutes
(Party (s) Name)

Max Nicholas , State Bar No. 4692463 as counsel of record in
(Name of New Attorney)

place of Aaron Rubin .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Max Nicholas LLC
Address: 40 Exchange Place, Suite 1800
Telephone: (646) 741-0229 Facsimile (646) 741-0229
E-Mail (Optional): max@maxnicholasllc.com

I consent to the above substitution.
Date: 1/23/2024
(Signature of Party (s))

I consent to being substituted.
Date: 1/23/2024
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/23/2024
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 26, 2024
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]