

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

**MEMO ENDORSED**

May 8, 2024

Sentencing is adjourned to July 25, 2024 at 3:00 p.m. No further adjournments will be granted.

SO ORDERED:

_Paul A Gardephe_
Paul G. Gardephe, U.S.D.J.
Dated: May 9, 2024

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Arthur Bogoraz*, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

    I respectfully write to request that the sentencing date for defendant Arthur Bogoraz, which is currently scheduled for July 12, 2024, be adjourned for approximately four weeks to a date that is convenient for the Court. This is the second request that I have made to adjourn Mr. Bogoraz's sentencing, as it was previously adjourned from May 14, 2024 to July 12, 2024. I have conferred with Government counsel about this request, and the Government consents.

    Over the course of the past several weeks, and continuing through the present, I have been engaged in discussions with the Government about certain issues relating to Mr. Bogoraz's case and the circumstances leading up to his plea that I believe need to be resolved before the parties proceed to the sentencing phase. The Government has been responsive to the issues I have raised and the dialogue between the parties, which is ongoing, has been proceeding in a constructive and good-faith manner.

    The reason that I am making this request of the Court at this juncture is that more time is needed for the parties to complete their dialogue, and my understanding is that without an adjournment of the sentencing date, the deadlines for the Probation Department's Draft, and Final, Pre-Sentence Investigation Reports will arise very shortly (in the case of the Draft Report, I believe the deadline would be early this month). The issues being discussed by the parties would implicate the Pre-Sentence Investigation Report, the sentencing submissions, and the sentencing proceeding, and I believe it is in the interest of efficiency for the parties to seek to resolve the issues that they are discussing prior to the occurrences of those events.



For these reasons, I respectfully request that Mr. Bogoraz's sentencing be adjourned for approximately four weeks. I thank the Court for considering this request.

Respectfully submitted,

/s/ *Max Nicholas*

Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com