

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnichollasllc.com**

June 27, 2024

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Arthur Bogoraz*, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

    I respectfully write to request a temporary modification to the conditions of Mr. Bogoraz's bail in order to allow him to attend a family gathering. The Government and the Pretrial Services Office consent to this request.

    Mr. Bogoraz's family is having a celebration for his son's Bar Mitzvah the evening of July 5, 2024. The celebration will take place at a restaurant in Brooklyn. Mr. Bogoraz anticipates that the celebration will begin at 7:00pm and that he will be home no later than 2:00am. The name and location of the restaurant in Brooklyn have been provided to Mr. Bogoraz's Pretrial Services Officer.

    I thank the Court for considering this request.

Respectfully submitted,

/s/ *Max Nicholas*
_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com