UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           -against-

ARTHUR BOGORAZ,

                 Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The Court will conduct an evidentiary hearing concerning Defendant Arthur Bogoraz's motion to withdraw his guilty plea (Dkt. No. 444) on **August 16, 2024, at 9:30 a.m**. The hearing will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Court expects to hear testimony from Defendant's prior counsel, Aaron Rubin.

       Defendant's sentencing, currently scheduled for July 25, 2024 at 3:00 p.m., is adjourned <u>sine</u> <u>die</u>.

Dated:  New York, New York
       July 22, 2024

                                  SO ORDERED.

                                 _____
                                   Paul G. Gardephe
                                   United States District Judge