UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARTHUR BOGORAZ,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference in this matter scheduled for August 16, 2024 at 9:30 a.m. is adjourned to **August 16, 2024 at 10:00 a.m.**

Dated: New York, New York
       August 15, 2024

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge