

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

December 4, 2024

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Arthur Bogoraz*, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

      This firm represents defendant Arthur Bogoraz in the above captioned case. I respectfully write on behalf of Mr. Bogoraz in advance of his sentencing, which is scheduled for December 11, 2024. On October 24, 2024, Mr. Bogoraz entered a plea of guilty to a single count of conspiring to engage in a bribery scheme in violation of the Travel Act, in violation of Title 18, United States Code, Section 371. This offense carries a statutory maximum sentence of 60 months' imprisonment. Mr. Bogoraz's advisory Guidelines Range is also 60 months' imprisonment due to the statutory maximum (it would otherwise be higher).

      Pursuant to the plea agreement entered into by the parties, Mr. Bogoraz has agreed not to advocate in any way for the Court to impose a sentence on him that is lower than the statutory maximum of 60 months' imprisonment, and he does not do so here. He has taken responsibility for his actions, he understands that his sentence is almost certain to be 60 months, and he is appreciative of the process that has led to this resolution. He looks forward to using the time he is incarcerated constructively and to re-dedicating the remainder of his life to his family when his time in custody has concluded.

      The December 2, 2024 Final Pre-Sentence Investigation Report notes that Mr. Bogoraz is a good candidate for voluntary surrender. At the sentencing proceeding, Mr. Bogoraz plans to ask the Court for a surrender date in March 2024, as it is my experience that it will take several months for the Bureau of Prisons to designate the



facility at which Mr. Bogoraz will serve his sentence.  I have conferred with the Government about this anticipated request, and the Government consents.

    Respectfully submitted,

    /s/ *Max Nicholas*

    _____
    Max Nicholas LLC
    40 Exchange Place
    Suite 1800
    New York, NY 10005
    646-741-0229
    max@maxnicholasllc.com