

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

February 11, 2025

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**United States v. Arthur Bogoraz, 22 Cr. 19 (PGG)**

Dear Judge Gardephe:

    My firm represents defendant Arthur Bogoraz in the above-captioned case. Mr. Bogoraz is currently subject to GPS location monitoring as part of the conditions of his release prior to his surrender date, which his March 3, 2025. I respectfully write to request that the condition of GPS location monitoring be removed for one day (Friday, February 13) in order for Mr. Bogoraz to have an MRI that day at the facility Stand Up MRI of Bensonhurst, P.C., located at 2671 86th Street, Brooklyn, NY 11223. Mr. Bogoraz has an MRI scheduled for 3:00pm that day. The referral document for the MRI is being sent to the Court under seal, as it contains private medical information.

    I have conferred with Pretrial Services and the Government about this request, and both Pretrial and the Government consent provided that the appointment can be

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: February 12, 2025



confirmed. I have sent the referral paperwork to Pretrial and the Government by separate cover (through email).

I thank the Court for considering this request.

Respectfully submitted,

MAX NICHOLAS LLC

/s/ *Max Nicholas*

_____
Max Nicholas
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com