**MAX NICHOLAS LLC**

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

maxnicholasllc.com

MEMO ENDORSED

*The application is granted. The defendant's surrender date is extended to May 2, 2025, at 2:00 p.m. By that date, the defendant will surrender either to the designated institution or to the U.S. Marshal for his district. No further extensions of the surrender date will be granted.*

February 21, 2025

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: Feb. 25, 2025

<u>United States v. Arthur Bogoraz, 22 Cr. 19 (PGG)</u>

Dear Judge Gardephe:

    My firm is counsel to defendant Arthur Bogoraz in the above-captioned case. Mr. Bogoraz is presently scheduled to surrender to the custody of the Bureau of Prisons on March 3, 2025, to begin serving his five-year term of incarceration.

    I respectfully write, with the consent of the Government, to request that the Court adjourn Mr. Bogoraz's surrender date for a period of 60 days, in order to allow him to undergo an Anterior Cervical Discectomy and Fusion surgery on February 27, 2025, which (based on information provided by the doctor to Mr. Bogoraz) should have a recovery time of approximately 60 days. Mr. Bogoraz underwent an MRI on February 13, 2025 for pain in his shoulder, and has now been referred for surgery to address his condition. The surgery is scheduled to be performed by Dr. Kirill Ilalov at Health East Ambulatory Surgical Center in Engelwood, New Jersey. I have filed as Exhibit A to this letter a letter from the Health East Medical Alliance confirming the surgery (which was also provided to the Government in the course of asking for their consent to this application).

    Although this medical event is the primary basis for Mr. Bogoraz's request for a 60-day adjournment, it is also my understanding that Mr. Bogoraz has not yet received his designation from the Bureau of Prisons, and I am anxious that he not be incarcerated at the MDC, particularly given his prior health issues while incarcerated



there and his current health issues. I believe the requested adjournment will allow Mr. Bogoraz to receive his designation before his surrender.

I thank the Court for considering this request.

Respectfully submitted,

MAX NICHOLAS LLC

/s/ *Max Nicholas*
_____
Max Nicholas
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com



**HEALTH EAST MEDICAL ALLIANCE**

54 South Dean Street
Englewood, NJ 07631

**1-888-MED-7474**

02/20/2025

Patient Name:  Bogoraz, Arthur

DOB: 08/27/1977

Chart # Y2502129630_1


Mr. Bogoraz you are currently scheduled for an Anterior Cervical Discectomy and Fusion with Dr. Kirill Ilalov on Thursday February 27, 2025 at Health East Ambulatory Surgical Center located at 54 S. Dean Street, Englewood NJ 07631.

Please note you are scheduled for EMG of the left upper extremity on Friday February 21, 2025 at 10:00 am with Dr. Salah Mohamed.

Please submit your medical and cardiology clearance via fax to 201-608-7132.

Post operative recovery: no strenuous activities for 2-3 months, cervical collar for 4-6 weeks.

If you have any questions  or concerns prior to your surgery please feel free to contact the office at 201-871-4000.

Sincerely,

Lourdes Sanchez

Office Manager