UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

-v.-

ARTHUR BOGORAZ,

    *Defendant.*

22 Cr. 19 (PGG)

ORDER EXONERATING
BAIL OF DEFENDANT
<u>ARTHUR BOGORAZ</u>

    IT IS HEREBY ORDERED, upon the application of counsel for defendant Arthur Bogoraz, that Mr. Bogoraz's personal recognizance bond in this matter is hereby exonerated and released, and that all suretors on Mr. Bogoraz's personal recognizance bond and all property posted as security for Mr. Bogoraz's personal recognizance bond are released from any liability in connection with said bond. IT IS FURTHER ORDERED, that the Pre-Trial Services agency release custody of Mr. Bogoraz's passport and deliver it to his counsel, Max Nicholas LLC, upon presentation of a copy of this order by a representative of Max Nicholas LLC to the Pretrial Services Agency.

                                                          SO ORDERED:

                                                          Hon. Paul G. Gardephe
                                                          United States District Judge
                                                           Dated:  July 10, 2025