Case 1:22-cr-00019-PGG Document 631 Filed 11/05/26 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Judgment Creditor,

v.

ARTHUR BOGORAZ,

Judgment Debtor,

and

BANK OF AMERICA, N.A.,

Garnishee.

22-CR-0019 (PGG)

**FINAL ORDER**
**OF GARNISHMENT**

WHEREAS, on December 12, 2024, the Court entered judgment against the Judgment Debtor, ARTHUR BOGORAZ, in the amount of $350,100.00. *See* Judgment (Dkt. 508);

WHEREAS, pursuant to 18 U.S.C. § 3613, a lien arose on all property and rights to property of the Judgment Debtor, ARTHUR BOGORAZ, at sentencing;

WHEREAS, on October 29, 2026, the unpaid principal balance is $348,825.00;

WHEREAS, pursuant to 18 U.S.C. § 3613 and the Federal Debt Collection Procedure Act ("FDCPA"), 28 U.S.C. §§ 3202, 3205, the United States of America ("the Government") sought, obtained, and served a Writ of Garnishment on the Garnishee, BANK OF AMERICA, N.A., for substantial nonexempt property belonging to or due the Judgment Debtor, ARTHUR BOGORAZ. *See* Garnishment Process (Dkts. 597-607);

WHEREAS, on September 21, 2026, in compliance with 28 U.S.C. § 3205(c)(4), BANK OF AMERICA, N.A. filed an Answer of the Garnishee and served a copy on the Government and the Judgment Debtor and a Joint Account Holder stating that it holds two personal account numbers ending in 3675 and 3688 belonging to ARTHUR BOGORAZ and KARINE BOGORAZ with an approximate value of $130,298. *See* Answer (Dkt. 606);

WHEREAS, in compliance with 28 U.S.C. § 3202(c), the Government served the Judgment Debtor, ARTHUR BOGORAZ, and his Joint Account Holder, KARINE BOGORAZ, with the garnishment process more than 30 days ago. *See* Certificates of Service (Dkt. 602, 607);

WHEREAS the FDCPA requires the Judgment Debtor and/or potentially interested parties to file a claim for exemption, objection to the Garnishee's answer, or request for a hearing within 20 days after service under 28 U.S.C. §§ 3202(d) and 3205(c)(5), that time has expired, and neither the Court nor the Government has received any such filing by or on behalf of the Judgment Debtor or his Joint Account Holder;

WHEREAS, pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an answer to the writ, if no hearing is requested within the required time period, the Court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's nonexempt interest in the property held by the Garnishee;

WHEREAS it is undisputed that the Government is entitled to garnish the substantial nonexempt property of the Judgment Debtor held by the Garnishee toward partial satisfaction of the judgment. *See* 18 U.S.C. § 3613; *United States v. National Bank of Commerce,* 472 U.S. 723 (1985) (holding that government is entitled to levy full amounts on deposit in joint accounts based on debtor's unqualified right to withdraw same); *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (holding "the only property exempt from [18 U.S.C. § 3613] is that which the government could not reach for the payment of federal income taxes"); *United States v. Kollintzas,* 501 F.3d 796, 803 (7th Cir. 2007) (because defendant had right to withdraw all of the money at any time without joint account holder's permission, government's lien attached to the full value of the account); *State ex rel. Allstate Insur. Co. v. Patel*, No. A-1437-18T3, 2019 WL 6598239 (N.J. Super. Ct. App. Div. Dec. 5, 2019) (under New Jersey law, judgment debtor bears the burden of proof that funds in joint account do not belong to him);

IT IS THEREFORE ORDERED that the Garnishee, BANK OF AMERICA, N.A., shall liquidate and pay the full liquidated value of the account numbers ending in 3675 and 3688 belonging to ARTHUR BOGORAZ and KARINE BOGORAZ with an approximate value of $130,298 to the Clerk of Court within 15 days from the date of this Order;

Payment shall be made payable to "Clerk of Court" with "No. 22 CR 0019" written on the face of each payment and mailed to the United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier.

Dated: New York, New York
November 5, 2026

UNITED STATES DISTRICT JUDGE